**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ROBERT and DEANNA VASKAS,

    Plaintiffs,

        v.

KENWORTH TRUCK CO. and PACCAR, INC.,

    Defendants.

CIVIL ACTION NO. 3:10-CV-1024

(JUDGE CAPUTO)

## ORDER

**NOW**, this 8th day of January, 2013, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Supplement (Doc. 18) is **GRANTED**;

2. Defendants' Motion for Summary Judgment (Doc. 14) is **GRANTED** as to Plaintiffs' claims for breach of warranty, strict liability design defect, and strict liability failure to warn;

3. Defendants' Motion for Summary Judgment (Doc. 14) is **DENIED** as to Plaintiffs' claims for negligence and strict liability manufacturing defect.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge