**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ROBERT and DEANNA VASKAS,

   Plaintiffs,

      v.

KENWORTH TRUCK CO. and PACCAR, INC.,

   Defendants.

CIVIL ACTION NO. 3:10-CV-1024

(JUDGE CAPUTO)

## ORDER

**NOW**, this 22nd day of March, 2013, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike the Untimely Served Expert Reports of Michael J. Kuzel and Donald Parker (Doc. 36) is **GRANTED**.

                          /s/ A. Richard Caputo
                          A. Richard Caputo
                          United States District Judge